UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CYNTHIA LONG, on behalf of herself and
those similarly situated,

         Plaintiff,

v.

CABOT CREAMERY COOPERATIVE,
INC. and AGRI-MARK, INC.,

         Defendants.

Complaint – Class Action

CA. No. _____

## COMPLAINT – CLASS ACTION

Plaintiff Cynthia Long brings this action on behalf of herself and all others similarly situated against Defendants Cabot Creamery Cooperative, Inc. ("Cabot") and Agri-Mark, Inc. ("Agri-Mark") (collectively, "Defendants"). Plaintiff makes the following allegations pursuant to the investigation of her counsel and based upon information and belief, except as to the allegations specifically pertaining to herself, which are based on personal knowledge.

## NATURE OF ACTION

1.      This is a class action lawsuit on behalf of purchasers of Cabot Plain Greek-Style Yogurt, Lowfat Plain Greek-Style Yogurt, Lowfat Blueberry Greek-Style Yogurt, Lowfat Vanilla Bean Greek-Style Yogurt, Lowfat Strawberry Greek-Style Yogurt, Lowfat Black Cherry Greek-Style Yogurt, and Lowfat Peach Greek-Style Yogurt (collectively, "Cabot Greek-Style Yogurt" or "Cabot Greek"), which contain Whey Protein Concentrate ("WPC") and Milk Protein Concentrate ("MPC"). WPCs and MPCs are not Generally Recognized As Safe, and the FDA has specifically banned them from use as ingredients in yogurt. Because Cabot Greek contains

1

these banned additives, as a matter of federal law it is <u>not</u> yogurt.  It is adulterated, and it cannot

legally be sold in the United States.

2.     The manufacture of Greek yogurt is relatively expensive.  It is created from

straining the solids after the fermentation of milk, while regular yogurt keeps both the solids and

the liquid.  It takes one gallon of milk to produce a gallon of regular yogurt; but it takes four

gallons of milk to produce one gallon of Greek yogurt.  The result is a thick, protein-packed

yogurt with a consistency like sour cream.  Greek yogurt has nutritional advantages, as it is

higher in protein and lower in sugar than regular yogurt.

3.     But Cabot Greek is different, because it is not made the way Greek yogurt is

supposed to be made.  Instead of filtering out excess liquids, Defendants thicken Cabot Greek by

adding WPCs and MPCs as filler materials.  This results in a thicker product that appears to be

Greek yogurt, but in fact is not yogurt at all.

4.     Just as the mineral pyrite resembles gold, Cabot Greek resembles Greek yogurt.

But fool's gold is not gold.  And Cabot Greek is not yogurt.

5.     Nevertheless, Defendants sell Cabot Greek as authentic Greek yogurt.  Doing so

enables them to charge a substantial price premium.  Just as real gold commands a price

premium over fool's gold, authentic Greek yogurt commands a higher price in the marketplace

than regular yogurt.  The price of Greek yogurt is usually double the price of regular yogurt.  But

the price premium for Cabot Greek is even larger, because Cabot Greek has no value

whatsoever.  Because the product is adulterated, it cannot legally be sold at any price.  It is

worthless.

6.      Plaintiff Cynthia Long is a purchaser of Cabot Greek who thought she was

buying authentic Greek yogurt.  She had no idea that she was sold an illegal, adulterated product

that was not, in fact, yogurt.  She asserts claims on behalf of herself and a nationwide class of purchasers of Cabot Greek, for breach of express warranty, breach of the implied warranty of merchantability, breach of the implied warranty of fitness for a particular purpose, unjust enrichment, violation of the Florida Deceptive Trade Practices Act ("FDUTPA"), negligent misrepresentation, and fraud.

## PARTIES

7.      Plaintiff Cynthia Long is a citizen of Florida who resides in Tamarac, Florida.

8.      Defendant Cabot Creamery Cooperative, Inc. ("Cabot") is a Michigan corporation with its principal place of business in Montpelier, Vermont.  Since 1919, Cabot manufactures and sells a variety of consumer dairy products, including cheddar cheese, Colby Jack cheese, cottage cheese, sour cream, whipped cream, butter, and Greek yogurt.  In 1992, Defendant Agri-Mark acquired Cabot in a merger, which it now operates as a wholly-owned subsidiary.  In 2011, Cabot had annual sales of $450 million.

9.      Defendant Agri-Mark, Inc. ("Agri-Mark") is a Delaware corporation with its principal place of business in Methuen, Massachusetts.  Agri-Mark is a commercial distributor of whey protein concentrate, which it manufactures from its factory in Middlebury, Massachusetts.  In 1992, Agri-Mark acquired Defendant Cabot in a merger, which it now operates as a wholly-owned subsidiary.  In 2011, Agri-Mark and its subsidiaries had annual sales of $900 million.

10.      At all times relevant to the allegations in this matter, Defendants Cabot and Agri-Mark acted in concert, with the knowledge and approval of the other Defendant and/or as the agent of the other Defendant within the course and scope of the agency, regarding the acts and omissions alleged.

## JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331.  This Court has

supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

12.     This Court also has subject matter jurisdiction pursuant to 28 U.S.C.

§ 1332(d)(2)(A) because this case is a class action where the aggregate claims of all members of

the proposed class are in excess of $5,000,000.00, exclusive of interest and costs, and Plaintiff,

as well as most members of the proposed class, are citizens of states different from the states of

at least one of the Defendants.  In 2006, annual sales of Greek yogurt in the U.S. were roughly

$60 million, accounting for only 0.7% of the domestic yogurt market.  By 2011, U.S. sales of

Greek yogurt had increased to $1.5 billion a year, accounting for nearly 20% of the yogurt

market.  This means "that in just half a decade, one of the worst economic periods of the 20th

century, sales of Greek yogurt grew 2500%."  *Greek Yogurt Sales Rise 2500% in Just Five

Years*, HUFFINGTON POST, Aug. 23, 2011, http://www.huffingtonpost.com/2011/08/23/greek-

yogurt-sales_n_933986.html; *see also* Derek Thompson, *How Did Greek Yogurt Get So

Popular?*, THE ATLANTIC, Aug. 23, 2011,

http://www.theatlantic.com/business/archive/2011/08/how-did-greek-yogurt-get-so-

popular/244025/.  Sales of Cabot Greek comprised a substantial fraction of these sales.

13.     Pursuant to 28 U.S.C. § 1391, this Court is the proper venue for this action

because a substantial part of the events, omissions and acts giving rise to the claims herein

occurred in this District.  Plaintiff Long is a citizen of Florida, resides in this District, and

purchased Cabot Greek from Defendants in this District.  Moreover, Defendants distributed,

advertised, and sold Cabot Greek, which is the subject of the present complaint, in this District.

## FACTS COMMON TO ALL CAUSES OF ACTION

### How Regular Yogurt Is Made

14.     Yogurt is a dairy product that is produced by the fermentation of milk.  When certain types of food-grade bacteria are added to milk, they ferment the milk's lactose (milk sugar) to produce lactic acid.  The lactic acid acidifies the milk, which causes it to coagulate and thicken.  This acidity gives yogurt its tangy flavor.  Yogurt has a longer shelf life than milk, as it is inhospitable to destructive bacteria.

15.     Humans have consumed yogurt for thousands of years.  Anthropologists and historians believe yogurt originated in Central Asia during the Neolithic age, probably around 5,000 B.C. in Mesopotamia.  In this period, milk was stored in bags made from the stomach lining of domesticated animals, where naturally-occurring bacteria and digestive fluids resulted in fermentation.  The oldest confirmed writing of yogurt dates to the First Century, when Pliny the Elder of Rome wrote that the "barbarous nations" understood "how to thicken milk and form therefrom an acrid kind of milk with a pleasant flavour."  In the Eleventh and Twelfth Centuries, Genghis Khan sustained his armies on yogurt rations.  More recently, yogurt was popularized in the United States in the 1950's and 1960's, where health-conscious consumers learned of its nutritional benefits.

16.     Yogurt manufacturing today is simple and standardized.  First, the milk's fat content is reduced.  Second, the milk is heated and homogenized.  This process pasteurizes the milk to remove harmful bacteria, and denatures the protein to prevent the creation of clumps (curds).  Third, the milk is cooled to 109.4 to 114.8°F and food-grade bacterial cultures are added, typically *Lactobacillus delbrueckii* subsp. *bulgaricus* or *Streptococcus salivarius* subsp. *thermophilus*.  Fourth, the temperature is maintained for three to four hours, and fermentation

occurs.  The bacteria consume lactose and produce lactic acid, which thickens and acidifies the milk.  Finally, when the desired pH is achieved, the product is ready for packaging.

**How Greek Yogurt Is Made**

17.    Greek yogurt is thicker than standard yogurt, with a consistency similar to sour cream.

18.    To create Greek yogurt, manufacturers use filters to remove the whey, which is the liquid byproduct of yogurt and cheese manufacturing.  Basically, regular yogurt keeps both the solid and liquid portions, while Greek yogurt keeps only the solid.  Greek yogurt is higher in protein and lower in sugar than regular yogurt because the whey is removed.

19.    Unfortunately, Cabot and Agri-Mark took a shortcut.  Instead of making Greek yogurt by traditional methods, Cabot Greek is made with thickeners.  Defendants added these cheap "filler" materials to avoid the expense of making real Greek yogurt.

**Defendants Represent That Cabot Greek Is "Greek-Style YOGURT," But They Add Prohibited Ingredients To Cut Costs**

*Defendants Represent That Cabot Greek Is Greek Yogurt*

20.     Defendants represent that Cabot Greek is "Greek-Style YOGURT."  This representation appears on the front of the package and on the top of the lid:



21.     Additionally, the title of the product (*i.e.,* "Cabot Greek") leads a reasonable consumer to believe that the product is, in fact, Greek yogurt.

22.     Furthermore, the package contains the familiar image of a Grecian laurel wreath surrounding the Cabot logo.  This laurel wreath does not appear on Cabot's other products.  The laurel wreath is a staple of Grecian art and history.  For example, laurel wreaths were awarded in ancient Greece to victors in poetic meets and athletic competitions, including the ancient Olympics (this is the origin of the phrase "to rest on one's laurels").  Defendants intended the inclusion of a Grecian laurel wreath to represent that Cabot Greek is, in fact, authentic Greek yogurt.

7

23.     Cabot's website represents that Cabot Greek is Greek yogurt.  For example, to learn about Cabot Greek, visitors must click a hyperlink entitled "Quality Products," then click another link entitled "Greek Yogurt."  *See* Exhibit A.

*Defendants Add Whey Protein Concentrate And Milk Protein Concentrate To Thicken Cabot Greek, Thereby Reducing The Costs Of Production*

24.     An examination of Cabot Greek's ingredients reveals that Defendants add Whey Protein Concentrate ("WPC") and Milk Protein Concentrate ("MPC") to their yogurt:

# Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 4

**Amount Per Serving**

| Calories 290 | Calories from Fat 210 |
|---|---|
| | % Daily Value |
| **Total Fat** 23g | 36% |
| **Saturated Fat** 15g | 73% |
| **Polyunsaturated Fat** g | |
| **Trans Fat** 1g | |
| **Cholesterol** 75mg | 26% |
| **Sodium** 105mg | 4% |
| **Total Carbohydrate** 12g | 4% |
| **Dietary Fiber** 0g | |
| **Sugars** 7g | |
| **Protein** 18g | |

| Vitamin A 25% | Vitamin C 25% |
|---|---|
| Vitamin D 25% | Vitamin E 25% |
| Calcium 30% | Iron 4% |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**
Pasteurized milk, cream, whey protein concentrate, milk protein concentrate, live active yogurt cultures (L. bulgaricus and S. thermophilus), Vitamins A,C,D,E.

25.     Defendants add WPCs and MPCs to all seven varieties of their Greek yogurt: Plain Greek-Style Yogurt, Lowfat Plain Greek-Style Yogurt, Lowfat Blueberry Greek-Style Yogurt, Lowfat Vanilla Bean Greek-Style Yogurt, Lowfat Strawberry Greek-Style Yogurt, Lowfat Black Cherry Greek-Style Yogurt, and Lowfat Peach Greek-Style Yogurt.  *See* Exhibit A.

26.     WPCs and MPCs are typically created as a byproduct of cheese manufacturing. After separating the curds from the whey following fermentation, the resulting liquid was historically discarded.  In modern times, the liquid whey is passed through an extremely fine filter.  The filter strains water, minerals, and other organic materials but retains milk proteins, which are too large to pass through.  Any remaining liquid is fully evaporated from these proteins.  The resulting product is a mostly flavorless protein powder.

27.     This resulting powder is called Whey Protein Concentrate if it primarily contains whey proteins.  It is called Milk Protein Concentrate if it contains whey protein and casein proteins in the same proportion as it appears in cow's milk (about 20% and 80%, respectively). However, MPCs and WPCs are not necessarily made from cow's milk.  Manufacturers may need to add extra casein protein to arrive at the correct proportions.

28.     MPCs and WPCs are often imported from foreign countries, including the Ukraine, India, China, Argentina, China, Poland, Australia, and New Zealand.  Many of these countries have lower food standards than the U.S.

29.     MPCs and WPCs are inexpensive.  It is cheaper to add WPCs and MPCs to thicken yogurt, than it is to use more milk.

30.     WPCs and MPCs are filler material.  Instead of fully straining Cabot Greek to arrive at authentic Greek yogurt, Defendants simply add WPCs and MPCs to thicken their product and increase the protein content.

31.     Defendants' conduct is not industry standard.  The majority of yogurt brands in the U.S. do not add WPCs and MPCs.

32.     Defendants intentionally added WPCs and MPCs to shortchange consumers, and each Defendant knowingly and intentionally committed the acts alleged herein.  First, as discussed above, it is *not necessary* to add WPCs and MPCs to yogurt.  Most domestic manufacturers do not add these ingredients, and there is no plausible reason why these ingredients are needed to make Greek yogurt.  Second, Defendant Agri-Mark is a commercial manufacturer and distributor of WPCs, which it manufactures from its factory in Middlebury, Massachusetts.  Defendant Agri-Mark warns purchasers on its site that, "*Purchaser is solely responsible for ensuring that product supplied is in conformity with all relevant food legislation* and should determine whether suggested data, formulations or procedures are suitable for their own purposes." *Agri-Mark Whey Protein Concentrate 80*, AGRI-MARK.COM, http://www.agrimarkwheyproteins.com/WPC.php (emphasis added) (attached hereto as Exhibit B).  Based on information and belief, Defendant Agri-Mark includes this disclaimer because it is aware that adding WPCs to dairy products is prohibited by FDA regulations and federal law.

33.     By adding WPCs and MPCs to their yogurt, Defendants deprive consumers of the benefit of their bargain.  When consumers purchase Cabot Greek, they expect Greek yogurt.  But they do not get Greek yogurt.  They get a product that contains filler material, violates federal law, violates FDA regulations, and is not legal to sell in the U.S.

34.     Furthermore, consumers are damaged by paying a price premium for supposedly Greek yogurt.  The amount of the price premium can be reasonably quantified by an appropriate market study of the prices for comparable dairy products, or through a contingent valuation study, or through other means regularly employed by economic and valuation experts.

**Cabot Greek Is Misbranded Because Adding WPCs And MPCs Violates The FDA's "Standard Of Identity" For Yogurt**

*The FDCA And FDA Standards Of Identity*

35.     The Federal Food, Drug, and Cosmetic Act ("FDCA") gives the FDA authority to regulate food products.  Where "such action will promote honesty and fair dealing in the interest of consumers," the FDA may "promulgate regulations fixing and establishing for any food, under its common or usual name so far as practicable, a reasonable definition and standard of identity."  21 U.S.C. § 341.

36.     The FDA's Standards of Identity define a category of foods, and specifies which ingredients may be used.  The FDA has promulgated roughly 300 Standards of Identity in 20 categories of food.  *See generally* 21 C.F.R.  §§ 130-69.  This includes all types of dairy products, bakery products, frozen desserts, cereal flours, macaroni products, fruit pies, eggs, and margarine.  *Id.*

37.      Any food that fails to comply with the Standards of Identity is "misbranded" under the FDCA.  *See* 21 U.S.C. § 343 (g) (specifying that if a standard of identity exists, a food is "misbranded" unless "(1) it conforms to such definition and standard, and (2) its label bears the name of the food specified in the definition and standard").  Furthermore, food is misbranded under the FDCA if "its labeling is false or misleading in any particular."  21 U.S.C. § 343(a).

*The FDA's Standard Of Identity For Yogurt Is An Exhaustive List Of Ingredients*
*Permitted In Yogurt*

38.     In 1981, the FDA promulgated Standards of Identity for yogurt, lowfat yogurt, and nonfat yogurt.  21 C.F.R. §§ 131.200, 131.203, 131.206.  They became effective on July 1, 1983.  46 Fed. Reg. 9924; 47 Fed. Reg. 41519.

39.     The Standards of Identity for yogurt, lowfat yogurt, and nonfat yogurt are similar. They specify that, "Yogurt is the food produced by culturing one or more of the optional dairy ingredients specified in paragraph (c) of this section with a characterizing bacterial culture that contains the lactic acid-producing bacteria, *Lactobacillus bulgaricus* and *Streptococcus thermophilus*.  One or more of the other optional ingredients specified in paragraphs (b) and (d) of this section may also be added.  When one or more of the ingredients specified in paragraph (d)(1) of this section are used, they shall be included in the culturing process.  All ingredients used [must be] safe and suitable."  21 C.F.R. § 131.200(a).

40.     The "optional dairy ingredients" that may be cultured under paragraph (c) are, "Cream, milk, partially skimmed milk, or skim milk, used alone or in combination."  21 C.F.R. § 131.200(c).  Paragraph (b) permits the addition of vitamin A and D.  Paragraph (d) permits the addition of a number of assorted ingredients, including, "(1) Concentrated skim milk, nonfat dry milk, buttermilk, whey, lactose, lactalbumins, lactoglobulins, or whey modified by partial or complete removal of lactose and/or minerals.…  (2) Nutritive carbohydrate sweeteners.  Sugar (sucrose), beet or cane; invert sugar (in paste or sirup form); brown sugar; refiner's sirup; molasses (other than blackstrap); high fructose corn sirup; fructose; fructose sirup; maltose; maltose sirup, dried maltose sirup; malt extract, dried malt extract; malt sirup, dried malt sirup; honey; maple sugar.…  (3) Flavoring ingredients.  (4) Color additives.  (5) Stabilizers."  21 C.F.R. § 131.200(d).

12

41.     In totality, the Standard of Identity for yogurt is an *exclusive list* of ingredients that may be added to yogurt.  If "yogurt" contains any ingredient not on that list, as a matter of federal law it is <u>not</u> yogurt, and it is misbranded.  21 C.F.R. §§ 131.200, 131. 203, 131.206; 21 U.S.C. § 343 (a), (g).

### *The FDA's Standard Of Identity For Yogurt Prohibits The Addition Of WPCs And MPCs*

42.     The FDA's Standard of Identity for yogurt does not list WPCs or MPCs in the list of permitted ingredients.  In fact, both are specifically prohibited.

43.     The FDA has specifically banned the use of WPCs and MPCs in yogurt.  *See* 74 Fed. Reg. 2443, 2452-53 (2009) ("[T]he current standard makes no allowance for the use of whey protein concentrate as a basic ingredient in yogurt."); *see also* Dec. 18, 2002 FDA Warning Letter to Kraft Foods North America Inc., http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2002/ucm145363.htm (accessed July 30, 2012) ("The use of milk protein concentrate in these products constitutes a violation of Section 403(g)(1) of the Act because the products are represented as foods for which standards of identity have been prescribed by regulation and the use of milk protein concentrate in these products does not conform to the standards.").

## **Cabot Greek Is Adulterated Because WPCs and MPCs Are Not "Generally Recognized As Safe" By The FDA**

44.     Under the FDCA, food additives must be Generally Recognized As Safe ("GRAS") by the FDA.

45.     If the FDA has not made a GRAS determination, manufacturers may use the additive if and only if they conduct an internal self-determination and submit their evidence to the FDA, including the manufacturer's own scientific evidence.

46.     Any food containing an additive that has not followed these producers is adulterated under the FDCA, which defines food additives as "all substances … the intended use of which results or may reasonably be expected to result … in their becoming a component or food otherwise affecting the characteristic of food."  21 U.S.C. § 321(s).

47.     WPCs and MPCs do not have GRAS status.  Neither is found in the FDA's Database of Select Committee on GRAS Substances (SCOGS) Reviews.

48.     Because MPCs do not appear in the FDA's GRAS Notice Inventory, no manufacturer has conducted an internal self-determination of MPCs, nor has the FDA ever received a manufacturer's self-determination.  Furthermore, MPCs do not appear in the FDA's larger list of food additives, Everything Added to Food in the United States ("EAFUS").

49.     Because Cabot Greek contains unapproved additives, it is adulterated.  It violates the FDCA and applicable regulations thereunder.

**Cynthia Long's Purchase Of Cabot Greek**

50.     Plaintiff Cynthia Long purchased Cabot Greek in May 2012 from a Publix Supermarket in Sunrise, Florida.  She paid approximately $4.29, which included a substantial price premium due to its supposed status as Greek Yogurt.

51.     Cabot Greek's label identifies the product as "Greek-Style YOGURT" in two places: on the front of the package and on the top of the lid.  Plaintiff Long read and understood these representations and believed she was purchasing (i) yogurt  (ii) that was in fact Greek yogurt, (iii) that was not adulterated, and (iv) that was legal for sale in the United States.

52.     Ms. Long relied on these representations and warranties in deciding whether to purchase Cabot Greek, and these representations and warranties were part of the basis of the

bargain, in that she would not have purchased Cabot Greek if she had known that any of the these representations were false.

53.     Ms. Long also understood that in making the sale, Publix was acting with the knowledge and approval of Defendants and/or as the agent of Defendants.  She understood that the purchase involved a direct transaction between herself and Defendants, because Cabot Greek's packaging contains promises and representations by Defendants regarding the nature and quality of the product.

54.     Ms. Long purchased a misbranded product that is not legal to sell in the United States.  She also paid a price premium due to Cabot Greek's purported status as a Greek yogurt product, as well as its purported status as a lowfat yogurt product.  The amount of the price premium can be reasonably quantified by an appropriate market study of the prices for comparable dairy products, or through a contingent valuation study, or through other means regularly employed by economic and valuation experts.

## CLASS REPRESENTATION ALLEGATIONS

55.     Plaintiff seeks to represent a class defined as all persons in the United States who purchased Cabot Greek (the "Class").  Excluded from the Class are persons who made such purchase for purpose of resale.

56.     Plaintiff also seeks to represent a subclass of all Class members who purchased Cabot Greek in Florida (the "Florida Subclass").

57.     Members of the Class and Subclass are so numerous that their individual joinder herein is impracticable.  On information and belief, members of the Class and Subclass number in the hundreds of thousands.  The precise number of Class members and their identities are unknown to Plaintiff at this time but may be determined through discovery.  Class members may

be notified of the pendency of this action by mail and/or publication through the distribution records of Defendants and third party retailers and vendors.

58.     Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to whether Defendants' warranted that Cabot Greek (i) was yogurt, (ii) was in fact Greek yogurt, (iii) was not adulterated, and (iv) was legal for sale in the United States; whether Defendants breached those warranties; and whether defendants committed statutory and common law fraud by doing so.

59.     The claims of the named Plaintiff is typical of the claims of the Class in that the named Plaintiff purchased Cabot Greek in reliance on the representations and warranties described above, and suffered a loss as a result of that purchase.

60.     Plaintiff is an adequate representative of the Class and Subclass because her interests do not conflict with the interests of the Class members she seeks to represent, she has retained competent counsel experienced in prosecuting class actions, and she intends to prosecute this action vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiff and her counsel.

61.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class and Subclass members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendants' liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action

device presents far fewer management difficulties and provides the benefits of single

adjudication, economy of scale, and comprehensive supervision by a single court on the issue of

Defendants' liability.  Class treatment of the liability issues will ensure that all claims and

claimants are before this Court for consistent adjudication of the liability issues.

<u>**COUNT I**</u><br>**Breach Of Express Warranty**

62.     Plaintiff hereby incorporates by reference the allegations contained in all

preceding paragraphs of this complaint.

63.     Plaintiff brings this claim individually and on behalf of the members of the

proposed Class and Florida Subclass against all Defendants.

64.     Defendants, as the designer, manufacturer, marketers, distributors, and/or sellers

expressly warranted that Cabot Greek was fit for its intended purpose by representing that Cabot

Greek (i) was yogurt, (ii) was in fact Greek yogurt, (iii) was not adulterated, and (iv) was legal

for sale in the United States.

65.     In fact, Cabot Greek is not fit for such purposes because each of these express

warranties is false.  Particularly, Cabot Greek (i) is not yogurt, (ii) is not Greek yogurt, (iii) is

adulterated, and (iv) is illegal for sale in the United States.

66.     As a direct and proximate cause of Defendants' breach of express warranty,

Plaintiff and Class members have been injured and harmed because: (a) they would not have

purchased Cabot Greek on the same terms if the true facts were known concerning its

manufacturing, ingredients, status as a yogurt product, and failure to comply with FDA

regulations; (b) they paid a price premium for Cabot Greek due to its supposed status as "Greek-

Style YOGURT;" and (c) Cabot Greek did not have the quality, functionality, or value as

promised.

17

67.     On July 10, 2012, prior to the filing of this Complaint, a notice letter was served

on Defendant Cabot which complies in all respects with Fla. Stat. § 672.607.  Plaintiff Long sent

Cabot a letter via certified mail, return receipt requested, advising Cabot that it was in violation

of Florida warranty law and must correct, repair, replace or otherwise rectify the goods alleged to

be in violation of § 672.313.  A true and correct copy of Plaintiff Long's letter is attached hereto

as Exhibit C.

**COUNT II**
**Breach Of Implied Warranty Of Merchantability**

68.     Plaintiff hereby incorporates by reference the allegations contained in all

preceding paragraphs of this complaint.

69.     Plaintiff brings this claim individually and on behalf of the members of the

proposed Class and Florida Subclass against all Defendants.

70.     Defendants as the designer, manufacturer, marketers, distributors, and/or sellers

impliedly warranted that Cabot Greek was fit for its intended purpose in that it (i) was yogurt, (ii)

was in fact Greek yogurt, (iii) was not adulterated, and (iv) was legal for sale in the United

States.

71.     Defendants breached the warranty implied in the contract for the sale of Cabot

Greek because it could not pass without objection in the trade under the contract description, the

goods were not of fair average quality within the description, and the goods were unfit for their

intended and ordinary purpose because Cabot Greek (i) is not yogurt, (ii) is not Greek yogurt,

(iii) is adulterated, and (iv) is illegal for sale in the United States.  As a result, Plaintiff and Class

members did not receive the goods as impliedly warranted by Defendants to be merchantable.

18

72.     In reliance upon Defendants' skill and judgment and the implied warranties of fitness for the purpose, Plaintiff and Class members purchased Cabot Greek as a Greek-style yogurt.

73.     Cabot Greek was not altered by Plaintiff or Class members.

74.     Cabot Greek was defective when it left the exclusive control of Defendants.

75.     Defendants knew that Cabot Greek would be purchased and used without additional testing by Plaintiff and Class members.

76.     Cabot Greek was defectively designed and unfit for its intended purpose, and Plaintiff and Class members did not receive the goods as warranted.

77.     As a direct and proximate cause of Defendants' breach of the implied warranty, Plaintiff and Class members have been injured and harmed because: (a) they would not have purchased Cabot Greek on the same terms if the true facts were known concerning its manufacturing, ingredients, status as a yogurt product, and failure to comply with FDA regulations; (b) they paid a price premium for Cabot Greek due to its supposed status as "Greek-Style YOGURT;" and (c) Cabot Greek did not have the quality, functionality, or value as promised.

## COUNT III
### Breach Of Implied Warranty Of Fitness For A Particular Purpose

78.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

79.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Florida Subclass against all Defendants.

80.     Defendants marketed, distributed, and/or sold Cabot Greek with implied warranties that it was fit for its intended purposes in that it (i) was yogurt, (ii) was in fact Greek

yogurt, (iii) was not adulterated, and (iv) was legal for sale in the United States.  At the time that Cabot Greek was sold, Defendants knew or had reason to know that Plaintiff and Class members were relying on Defendants' skill and judgment to select or furnish a product that was suitable for sale as Greek yogurt.

81.     In reliance upon Defendants' implied warranties, Plaintiff and Class members purchased Cabot Greek because they believed that it was Greek yogurt.

82.     Cabot Greek was not altered by Plaintiff or Class members.

83.     As a direct and proximate cause of Defendants' breach of the implied warranty, Plaintiff and Class members have been injured and harmed because: (a) they would not have purchased Cabot Greek on the same terms if the true facts were known concerning its manufacturing, ingredients, status as a yogurt product, and failure to comply with FDA regulations; (b) they paid a price premium for Cabot Greek due to its supposed status as "Greek-Style YOGURT;" and (c) Cabot Greek did not have the quality, functionality, or value as promised.

## COUNT IV
## Unjust Enrichment

84.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

85.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Florida Subclass against all Defendants.

86.     Plaintiff and Class members conferred benefits on Defendants by purchasing Cabot Greek.

87.     Defendants have been unjustly enriched in retaining the revenues derived from Plaintiff and Class members' purchases of Cabot Greek.  Retention of those moneys under these

circumstances is unjust and inequitable because Defendants misrepresented that Cabot Greek was "Greek-Style YOGURT," which caused injuries to Plaintiff and Class members because they would not have purchased Cabot Greek if the true facts were known.

88.     Because Defendants' retention of the non-gratuitous benefits conferred on them by Plaintiff and Class members is unjust and inequitable, Defendants must pay restitution to Plaintiff and Class members for their unjust enrichment, as ordered by the Court.

**COUNT V**
**Violation of the Florida Deceptive and Unfair Trade Practices Act,**
**Fla. Stat. §§ 501.201 *et seq.***

89.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

90.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Florida Subclass against all Defendants.

91.     This cause of action is brought pursuant to the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201 *et seq.* (the "Act").  The express purpose of the Act is to "protect the consuming public … from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce." Fla. Stat. §§ 501.202(2).

92.     Plaintiff and Class members are "consumers" within the meaning of Fla. Stat. §§ 501.203(7).

93.     Defendants were engaged in "trade or commerce" as defined by Fla. Stat. §§ 501.203(8).

94.     The sale of Cabot Greek constituted "consumer transactions" within the scope of Fla. Stat. §§ 501.201 to 501.213.

95.     Fla. Stat. §§ 501.204(1) declares unlawful "unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."

96.     Defendants have violated the Act by engaging in the unfair and deceptive practices as described herein which offend public policies and are immoral, unethical, unscrupulous, and substantially injurious to consumers.  Specifically, Defendants represented that Cabot Greek (i) was yogurt, (ii) was in fact Greek yogurt, (iii) was not adulterated, and (iv) was legal for sale in the United States.  In fact, each of those representations was false.

97.     Defendants' unfair and deceptive practices are likely to mislead -- and have misled -- the Plaintiff and Class embers acting reasonably under the circumstances, and violates Fla. Stat. §§ 501.204.

98.     Defendants' conduct proximately caused the injuries to Plaintiff and the Class.

99.     Plaintiff and the Class have been aggrieved by Defendants' unfair and deceptive practices in that they paid for Cabot Greek believing it was "Greek-Style YOGURT," a product they would not have purchased had they known the true facts, specifically, that Cabot Greek (i) is not yogurt, (ii) is not Greek yogurt, (iii) is adulterated, and (iv) is illegal for sale in the United States.

100.    The damages suffered by Plaintiff and the Class were directly and proximately caused by the deceptive, misleading and unfair practices of Defendants, as more fully described herein.

101.    Pursuant to Fla. Stat. §§ 501.211(1), Plaintiff and the Class seek a declaratory judgment and court order enjoining the above-described wrongful acts and practices of Defendants and for restitution and disgorgement.

102.    Additionally, pursuant to Fla. Stat. §§ 501.211(2) and 501.2105, Plaintiff and the Class make claims for damages and attorneys' fees and costs.

## COUNT VI
### Negligent Misrepresentation

103.    Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

104.    Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Florida Subclass against all Defendants.

105.    As discussed above, Defendants represented that Cabot Greek was "Greek-Style YOGURT" but failed to disclose that it (i) is not yogurt, (ii) is not Greek yogurt, (iii) is adulterated, and (iv) is illegal for sale in the United States.  Defendants had a duty to disclose this information.

106.    At the time Defendants made these representations, Defendants knew or should have known that these representations were false or made them without knowledge of their truth or veracity.

107.    At an absolute minimum, Defendants negligently misrepresented and/or negligently omitted material facts about Cabot Greek.

108.    The negligent misrepresentations and omissions made by Defendants, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to induce and actually induced Plaintiff and Class members to purchase Cabot Greek.

109.    Plaintiff and Class members would not have purchased Cabot Greek if the true facts had been known.

110.    The negligent actions of Defendants caused damage to Plaintiff and Class members, who are entitled to damages and other legal and equitable relief as a result.

23

## COUNT VII
**Fraud**

111.    Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

112.    Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Florida Subclass against all Defendants.

113.    As discussed above, Defendants provided Plaintiff and Class members with false or misleading material information and failed to disclose material facts about Cabot Greek, including but not limited to the fact that it (i) is not yogurt, (ii) is not Greek yogurt, (iii) is adulterated, and (iv) is illegal for sale in the United States.  These misrepresentations and omissions were made with knowledge of their falsehood.

114.    The misrepresentations and omissions made by Defendants, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to induce and actually induced Plaintiff and Class members to purchase Cabot Greek.

115.    The fraudulent actions of Defendants caused damage to Plaintiff and Class members, who are entitled to damages and other legal and equitable relief as a result.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendants, as follows:

A.    For an order certifying the nationwide Class and the Subclass under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as representative of the Class and Subclass and Plaintiff's attorneys as Class Counsel to represent the Class and Subclass members;

B.    For an order declaring the Defendants' conduct violates the statutes referenced herein;

24

C.      For an order finding in favor of Plaintiff, the nationwide Class, and the Subclass on all counts asserted herein;

D.      For compensatory and punitive damages in amounts to be determined by the Court and/or jury;

E.      For prejudgment interest on all amounts awarded;

F.      For an order of restitution and all other forms of equitable monetary relief;

G.      For injunctive relief as pleaded or as the Court may deem proper; and

H.      For an order awarding Plaintiff and the Class and Subclass her reasonable attorneys' fees and expenses and costs of suit.

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff demands a trial by jury of all issues so triable.

Dated: July 30, 2012                              Respectfully submitted,

                                                  **BURSOR & FISHER, P.A.**

                                                  By:  _____/s_____
                                                            Scott A. Bursor

                                                  Scott A. Bursor (State Bar No. 68362)
                                                  3595 Sheridan Street, Suite 206
                                                  Hollywood, Florida  33021
                                                  Tel: (954) 239-0007
                                                  Email:  scott@bursor.com

25

**EXHIBIT A**



We're Cabot | Quality Products | Recipes & Pairings | Your Health | Healthy Schools & Groups | Visit Us | Shop Online

Classic Cheddar | Specialty Aged Cheddar | Flavored Cheddar | Reduced Fat Cheddar | Other Cheeses | Greek Yogurt | Other Products

**Quicklinks**

Store Finder

Cabot e-Newsletter

FAQs

*HUNGRY? SEARCH RECIPES BY MEAL TYPE*

[Select a category ▼]

THE BEST OF **VERMONT** SHOWCASE

**Cheese**
▸ Classic Cheddar
▸ Specialty Aged Cheddar
▸ Flavored Cheddar
▸ Reduced Fat Cheddar
▸ Other Cheeses

**Greek Yogurt**
Plain
Lowfat Plain
Lowfat Blueberry
Lowfat Vanilla Bean
Lowfat Strawberry
Lowfat Black Cherry
Lowfat Peach

**Other Products**
▸ Cream Cheese
▸ Whipped Cream
▸ Cottage Cheese
▸ Dips
▸ Sour Cream
▸ Butter
▸ Nonfat Yogurt

Plain | Lowfat Plain | Lowfat Blueberry | Lowfat Vanilla Bean | Lowfat Strawberry | Lowfat Black Cherry | Lowfat Peach

## Plain Greek-Style Yogurt

Greek-Style Yogurt is a thick, creamy, decadent yogurt that is equally enjoyable by itself, as a rub, or as an ingredient in rich, creamy sauces, dips or main dishes. Greek-Style Yogurt has countless uses as an ingredient in recipes. It can be used for baking, as a substitute for sour cream or cream, or as a base for dips and sauces.

g+1 1



**Product Options**

1 LB | 2 LBS

Product FAQ ▲

Recipes ▲

**Store Finder** ▼

| Search by Product | Search by Location |
|---|---|
| Product Type: | City: |
| [Plain Greek-Style Yogurt ▼] | [        ] |
| Options: [Any ▼] | State: [     ▼] |
| Zip Code: [        ] | Distance: [Less than 10 Miles ▼] |
| [Submit] | [Submit] |

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

# Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 2

| Amount Per Serving | |
|---|---|
| Calories 290 | Calories from Fat 210 |

| | % Daily Value |
|---|---|
| Total Fat 23g | 36% |
| Saturated Fat 15g | 73% |
| Polyunsaturated Fat g | |
| Trans Fat 1g | |
| Cholesterol 75mg | 26% |
| Sodium 105mg | 4% |
| Total Carbohydrate 12g | 4% |
| Dietary Fiber 0g | |
| Sugars 7g | |
| Protein 18g | |

| | | | |
|---|---|---|---|
| Vitamin A 25% | | Vitamin C 25% | |
| Vitamin D 25% | | Vitamin E 25% | |
| Calcium 30% | | Iron 4% | |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**
Pasteurized milk, cream, whey protein concentrate, milk protein concentrate, live active yogurt cultures (L. bulgaricus and S. thermophilus), Vitamins A,C,D,E.

  

   

MOBILE | STORE FINDER | PRESSROOM | CONTACT US

SHARE  Search [GO]

○ FULL SITE  ○ RECIPES ONLY

# Cabot

**We're Cabot** | **Quality Products** | **Recipes & Pairings** | **Your Health** | **Healthy Schools & Groups** | **Visit Us** | **Shop Online**

Classic Cheddar | Specialty Aged Cheddar | Flavored Cheddar | Reduced Fat Cheddar | Other Cheeses | Greek Yogurt | Other Products

Plain | Lowfat Plain | Lowfat Blueberry | Lowfat Vanilla Bean | Lowfat Strawberry | Lowfat Black Cherry | Lowfat Peach

## Lowfat Plain Greek-Style Yogurt

Greek-Style Yogurt is a thick, creamy, decadent yogurt that is equally enjoyable by itself, as a rub, or as an ingredient in rich, creamy sauces, dips or main dishes. Greek-Style Yogurt has countless uses as an ingredient in recipes. It can be used for baking, as a substitute for sour cream or cream, or as a base for dips and sauces. Made from 2% lowfat milk.

Like  9



### Product Options
1 LB  2 LBS

**Quicklinks**
- Store Finder
- Cabot e-Newsletter
- FAQs

*HUNGRY?* SEARCH RECIPES BY MEAL TYPE

Select a category ▾

THE BEST OF **VERMONT** SHOWCASE

**Cheese**
- Classic Cheddar
- Specialty Aged Cheddar
- Flavored Cheddar
- Reduced Fat Cheddar
- Other Cheeses

**Greek Yogurt**
- Plain
- Lowfat Plain
- Lowfat Blueberry
- Lowfat Vanilla Bean
- Lowfat Strawberry
- Lowfat Black Cherry
- Lowfat Peach

**Other Products**
- Cream Cheese
- Whipped Cream
- Cottage Cheese
- Dips
- Sour Cream
- Butter
- Nonfat Yogurt

Product FAQ ▲
Recipes ▲
**Store Finder** ▼

### Search by Product
Product Type: Lowfat Plain Greek-Style Yogurt ▾
Options: Any ▾
Zip Code: _____
[Submit]

### Search by Location
City: _____
State: ▾
Distance: Less than 10 Miles ▾
[Submit]

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

## Nutrition Facts
Serving Size 1 cup (226g)
Servings Per Container 2

**Amount Per Serving**
Calories 150   Calories from Fat 45

% Daily Value

| | |
|---|---|
| Total Fat 5g | 7% |
| Saturated Fat 3g | 15% |
| Polyunsaturated Fat g | |
| Trans Fat 0g | |
| Cholesterol 35mg | 11% |
| Sodium 120mg | 5% |
| Total Carbohydrate 11g | 4% |
| Dietary Fiber 0g | |
| Sugars 11g | |
| Protein 22g | |

| | | | |
|---|---|---|---|
| Vitamin A 25% | | Vitamin C 25% | |
| Vitamin D 25% | | Vitamin E 25% | |
| Calcium 40% | | Iron 6% | |

Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**
Pasteurized milk, skim milk, whey protein concentrate, milk protein concentrate, pectin, live active yogurt cultures (L. bulgaricus and S. thermophilus), enzymes, Vitamins A,C,D,E.

  

   

MOBILE | STORE FINDER | PRESSROOM | CONTACT US

SHARE

Search [          ] GO
● FULL SITE   ○ RECIPES ONLY



We're Cabot | Quality Products | Recipes & Pairings | Your Health | Healthy Schools & Groups | Visit Us | Shop Online

Classic Cheddar   Specialty Aged Cheddar   Flavored Cheddar   Reduced Fat Cheddar   Other Cheeses   Greek Yogurt   Other Products

### Quicklinks

Store Finder

Cabot e-Newsletter

FAQs

*HUNGRY? SEARCH RECIPES BY MEAL TYPE*

[ Select a category ▾ ]

THE BEST OF VERMONT SHOWCASE

**Cheese**
- Classic Cheddar
- Specialty Aged Cheddar
- Flavored Cheddar
- Reduced Fat Cheddar
- Other Cheeses

**Greek Yogurt**
- Plain
- Lowfat Plain
- Lowfat Blueberry
- Lowfat Vanilla Bean
- Lowfat Strawberry
- Lowfat Black Cherry
- Lowfat Peach

**Other Products**
- Cream Cheese
- Whipped Cream
- Cottage Cheese
- Dips
- Sour Cream
- Butter
- Nonfat Yogurt

Plain   Lowfat Plain   Lowfat Blueberry   Lowfat Vanilla Bean   Lowfat Strawberry   Lowfat Black Cherry   Lowfat Peach

## Lowfat Blueberry Greek-Style Yogurt

Rich, creamy, and bursting-with-blueberries delicious. Cabot's new Lowfat Blueberry Greek-Style Yogurt is so good it's "as tempting as a siren's call." And so good for you, too made from 2% low-fat milk, every luscious, protein-rich spoonful is fortified with vitamins A, C, D and E.

Like 0



**Product Options**

[ 1 LB ]   [ 2 LBS ]



| Store Finder | ▾ |

| Search by Product | Search by Location |
|---|---|
| Product Type: [ Lowfat Blueberry Greek-Style Yogurt ▾ ] | City: [          ] |
| Options: [ Any ▾ ] | State: [     ▾ ] |
| Zip Code: [          ] | Distance: [ Less than 10 Miles ▾ ] |
| [ Submit ] | [ Submit ] |

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

## Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 2

**Amount Per Serving**

| Calories 230 | Calories from Fat 40 |
|---|---|

| | **% Daily Value** |
|---|---|
| **Total Fat** 4g | **6%** |
| Saturated Fat 2.5g | 13% |
| Polyunsaturated Fat 0g | |
| Mono Saturated Fat 0g | |
| **Trans** Fat 0g | **0%** |
| **Cholesterol** 25mg | **8%** |
| **Sodium** 115mg | **5%** |
| **Total Carbohydrate** 32g | **11%** |
| Potassium 0mg | 0% |
| Dietary Fiber 0g | |
| Sugars 26g | |
| **Protein** 18g | **36%** |

| Vitamin A 20% | Vitamin B 0% |
|---|---|
| Vitamin C 20% | Vitamin D 20% |
| Vitamin E 20% | Calcium 45% |
| Iron 4% | Riboflavin 0% |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**

Lowfat yogurt [Pasteurized milk, skim milk, whey protein concentrate, milk protein concentrate, live active yogurt cultures (Acidophilus, Bifidus, L. bulgaricus and S. thermophilus), enzymes, Vitamins A,C,D,E], Blueberry flavoring [Sugar, blueberries, water, modified corn starch, natural flavors, pectin,concentrated lemon juice].

  







MOBILE  |  STORE FINDER  |  PRESSROOM  |  CONTACT US

SHARE

Search [FULL SITE  RECIPES ONLY]  GO

We're Cabot  |  **Quality Products**  |  Recipes & Pairings  |  Your Health  |  Healthy Schools & Groups  |  Visit Us  |  Shop Online

Classic Cheddar    Specialty Aged Cheddar    Flavored Cheddar    Reduced Fat Cheddar    Other Cheeses    Greek Yogurt    Other Products

## Quicklinks

Store Finder

Cabot e-Newsletter

FAQs

*HUNGRY? SEARCH RECIPES BY MEAL TYPE*

Select a category ▼

THE BEST OF **VERMONT** SHOWCASE

### Cheese
▸ Classic Cheddar
▸ Specialty Aged Cheddar
▸ Flavored Cheddar
▸ Reduced Fat Cheddar
▸ Other Cheeses

### Greek Yogurt
Plain
Lowfat Plain
Lowfat Blueberry
Lowfat Vanilla Bean
Lowfat Strawberry
Lowfat Black Cherry
Lowfat Peach

### Other Products
▸ Cream Cheese
▸ Whipped Cream
▸ Cottage Cheese
▸ Dips
▸ Sour Cream
▸ Butter
▸ Nonfat Yogurt

Plain    Lowfat Plain    Lowfat Blueberry    **Lowfat Vanilla Bean**    Lowfat Strawberry    Lowfat Black Cherry    Lowfat Peach

## Lowfat Vanilla Bean Greek-Style Yogurt

Cabot's Greek-Style Yogurt makes a healthy protein-rich treat when blended with fresh fruits for quick and yummy smoothies. Use our lowfat Vanilla Bean, because vanilla just seems to make fruit flavors bloom. Made from 2% lowfat milk.

 Like ◄ 82



### Product Options

1 LB    2 LBS

Product FAQ ▲

Store Finder ▼

| Search by Product | | Search by Location | |
|---|---|---|---|
| Product Type: | | City: | |
| Lowfat Vanilla Bean Greek-Style Yogu ▼ | | | |
| Options: | Any ▼ | State: | ▼ |
| Zip Code: | | Distance: | Less than 10 Miles ▼ |
| Submit | | Submit | |

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

## Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 2

**Amount Per Serving**

| Calories 220 | Calories from Fat 35 |
|---|---|
| | **% Daily Value** |
| **Total Fat** 4g | 6% |
| Saturated Fat 2.5g | 12% |
| Polyunsaturated Fat g | |
| Trans Fat 0g | 0% |
| **Cholesterol** 25mg | 9% |
| **Sodium** 100mg | 4% |
| **Total Carbohydrate** 33g | 11% |
| Dietary Fiber 0g | |
| Sugars 32g | |
| **Protein** 18g | |

| | |
|---|---|
| Vitamin A 20% | Vitamin C 20% |
| Vitamin D 20% | Vitamin E 20% |
| Calcium 35% | Iron 6% |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**
Lowfat yogurt [Pasteurized milk, skim milk, whey protein concentrate, milk protein concentrate, pectin, live active yogurt cultures (L. bulgaricus and S. thermophilus), enzymes, Vitamins A,C,D,E,],Vanilla Bean flavoring [Sugar, water, natural flavors, modified corn starch, pectin, vanilla bean seeds, annatto (color)].

  

   

MOBILE | STORE FINDER | PRESSROOM | CONTACT US          SHARE ◁   f   t   ▶   p   +1   1          Search [                    ] GO
                                                                                                ⦿ FULL SITE   ○ RECIPES ONLY

**CABOT**
*OWNED BY 1,200 FARM FAMILIES OF NEW YORK & NEW ENGLAND*
*SINCE 1919*

We're Cabot | Quality Products | Recipes & Pairings | Your Health | Healthy Schools & Groups | Visit Us | Shop Online

Classic Cheddar   Specialty Aged Cheddar   Flavored Cheddar   Reduced Fat Cheddar   Other Cheeses   Greek Yogurt   Other Products

---

## Quicklinks

Store Finder

Cabot e-Newsletter

FAQs

*HUNGRY?* SEARCH RECIPES BY MEAL TYPE

[ Select a category ▾ ]

**THE BEST OF VERMONT SHOWCASE**

### Cheese
- Classic Cheddar
- Specialty Aged Cheddar
- Flavored Cheddar
- Reduced Fat Cheddar
- Other Cheeses

### Greek Yogurt
- Plain
- Lowfat Plain
- Lowfat Blueberry
- Lowfat Vanilla Bean
- Lowfat Strawberry
- Lowfat Black Cherry
- Lowfat Peach

### Other Products
- Cream Cheese
- Whipped Cream
- Cottage Cheese
- Dips
- Sour Cream
- Butter
- Nonfat Yogurt

---

Plain   Lowfat Plain   Lowfat Blueberry   Lowfat Vanilla Bean   Lowfat Strawberry   Lowfat Black Cherry   Lowfat Peach

## Lowfat Strawberry Greek-Style Yogurt

Cabot's new Strawberry Greek-Style Yogurt is going to be your favorite breakfast, lunch and mid-afternoon snack. Strawberry is America's #1 yogurt flavoring, and Cabot's Greek-Style Yogurt is so thick, creamy and decadently delicious that you may not believe it's made from 2% lowfat milk. Spoon it up and enjoy!

f Like  ◁ 12



**Product Options**

1 LB   2 LBS

---

| Product FAQ | ⌃ |
| Store Finder | ⌄ |

| Search by Product | Search by Location |
|---|---|
| Product Type: | City: |
| [ Lowfat Strawberry Greek-Style Yogurt ▾ ] | [            ] |
| Options: [ Any ▾ ] | State: [   ▾ ] |
| Zip Code: [            ] | Distance: [ Less than 10 Miles ▾ ] |
| [ Submit ] | [ Submit ] |

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

---

# Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 2

**Amount Per Serving**

| Calories 220 | Calories from Fat 35 |
|---|---|

| | % Daily Value |
|---|---|
| **Total Fat** 4g | 6% |
| Saturated Fat 2.5g | 12% |
| Polyunsaturated Fat g | |
| Trans Fat 0g | |
| **Cholesterol** 25mg | 9% |
| **Sodium** 105mg | 4% |
| **Total Carbohydrate** 33g | 11% |
| Dietary Fiber 0g | |
| Sugars 32g | |
| **Protein** 18g | |

| Vitamin A 20% | Vitamin C 35% |
|---|---|
| Vitamin D 20% | Vitamin E 20% |
| Calcium 35% | Iron 6% |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**
Lowfat yogurt [Pasteurized milk, skim milk, whey protein concentrate, milk protein concentrate, live active yogurt cultures (L. bulgaricus and S. thermophilus), enzymes, Vitamins A,C,D,E], Strawberry flavoring [Sugar, strawberries, water, modified corn starch, natural flavors, fruit and vegetable juice (color)]

  

---

   

---

# CaBOT

OWNED BY FARM FAMILIES OF NEW YORK & NEW ENGLAND   SINCE 1919

We're Cabot | Quality Products | Recipes & Pairings | Your Health | Healthy Schools & Groups | Visit Us | Shop Online

Classic Cheddar   Specialty Aged Cheddar   Flavored Cheddar   Reduced Fat Cheddar   Other Cheeses   Greek Yogurt   Other Products

## Quicklinks

Store Finder

Cabot e-Newsletter

FAQs

HUNGRY? SEARCH RECIPES BY MEAL TYPE

Select a category ▼

THE BEST OF VERMONT SHOWCASE

### Cheese
› Classic Cheddar
› Specialty Aged Cheddar
› Flavored Cheddar
› Reduced Fat Cheddar
› Other Cheeses

### Greek Yogurt
Plain
Lowfat Plain
Lowfat Blueberry
Lowfat Vanilla Bean
Lowfat Strawberry
Lowfat Black Cherry
Lowfat Peach

### Other Products
› Cream Cheese
› Whipped Cream
› Cottage Cheese
› Dips
› Sour Cream
› Butter
› Nonfat Yogurt

Plain   Lowfat Plain   Lowfat Blueberry   Lowfat Vanilla Bean   Lowfat Strawberry   **Lowfat Black Cherry**   Lowfat Peach

## Lowfat Black Cherry Greek-Style Yogurt

Enjoy a modern, healthy version made from 2% low-fat milk, of this deep, dark and delicious Black Cherry flavor. Too good to pass up!

Like   0



**Product Options**

1 LB

### Store Finder

| Search by Product | Search by Location |
|---|---|
| Product Type: | City: |
| Lowfat Black Cherry Greek-Style Yogu ▼ | |
| Options: Any ▼ | State: ▼ |
| Zip Code: | Distance: Less than 10 Miles ▼ |
| Submit | Submit |

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

## Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 2

**Amount Per Serving**

Calories 250          Calories from Fat 40

% Daily Value

| | |
|---|---|
| **Total Fat** 4g | 6% |
| Saturated Fat 2.5g | 13% |
| Polyunsaturated Fat 0g | |
| Mono Saturated Fat 0g | |
| **Trans** Fat 0g | 0% |
| **Cholesterol** 25mg | 8% |
| **Sodium** 115mg | 5% |
| **Total Carbohydrate** 36g | 12% |
| Potassium 0mg | 0% |
| Dietary Fiber 0g | 0% |
| Sugars 30g | |
| **Protein** 18g | 36% |

| | | | |
|---|---|---|---|
| Vitamin A 20% | | Vitamin B 0% | |
| Vitamin C 20% | | Vitamin D 20% | |
| Vitamin E 0% | | Calcium 45% | |
| Iron 4% | | Riboflavin 0% | |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**
Lowfat yogurt (Pasteurized milk, skim milk, why protein concentrate, milk protein concentrate, live active yogurt cultures (Acidophilus, Bifidus, L. bulgaricus and S. thermophilus), enzymes, Vitamins A, C, D, E), black cherry flavoring (fructose, cherries, water, sugar, modified corn starch, natural flavors, pectin, oligofructose, citric acid).










MOBILE | STORE FINDER | PRESSROOM | CONTACT US    SHARE

We're Cabot | Quality Products | Recipes & Pairings | Your Health | Healthy Schools & Groups | Visit Us | Shop Online

Classic Cheddar | Specialty Aged Cheddar | Flavored Cheddar | Reduced Fat Cheddar | Other Cheeses | Greek Yogurt | Other Products

### Quicklinks

Store Finder

Cabot e-Newsletter

FAQs

*HUNGRY? SEARCH RECIPES BY MEAL TYPE*

Select a category ▼

THE BEST OF **VERMONT** SHOWCASE

**Cheese**
- Classic Cheddar
- Specialty Aged Cheddar
- Flavored Cheddar
- Reduced Fat Cheddar
- Other Cheeses

**Greek Yogurt**
- Plain
- Lowfat Plain
- Lowfat Blueberry
- Lowfat Vanilla Bean
- Lowfat Strawberry
- Lowfat Black Cherry
- Lowfat Peach

**Other Products**
- Cream Cheese
- Whipped Cream
- Cottage Cheese
- Dips
- Sour Cream
- Butter
- Nonfat Yogurt

Plain | Lowfat Plain | Lowfat Blueberry | Lowfat Vanilla Bean | Lowfat Strawberry | Lowfat Black Cherry | **Lowfat Peach**

## Lowfat Peach Greek-Style Yogurt

Say goodbye to bland and discover the full, rich flavors of our Greek-Style Yogurt! Enjoy this peach-y delicious lowfat snack or lunch made with 2% milk. So thick, creamy and decadently delicious you won't believe it's only 2% milkfat.

Like 0



**Product Options**

1 LB

🛒 Shop Online

| Recipes | ▲ |
| --- | --- |
| Store Finder | ▼ |

### Search by Product

Product Type:
Lowfat Peach Greek-Style Yogurt ▼

Options: Any ▼

Zip Code:

Submit

### Search by Location

City:

State: ▼

Distance: Less than 10 Miles ▼

Submit

If you can't find what you're looking for, ask your local store manager to begin carrying Cabot products.

## Nutrition Facts

Serving Size 1 Cup (226g)
Servings Per Container 2

**Amount Per Serving**

| | |
| --- | --- |
| Calories 240 | Calories from Fat 40 |

| | % Daily Value |
| --- | --- |
| Total Fat 4g | 6% |
| Saturated Fat 2.5g | 13% |
| Polyunsaturated Fat 0g | |
| Mono Saturated Fat 0g | |
| Trans Fat 0g | 0% |
| Cholesterol 25mg | 8% |
| Sodium 0mg | 0% |
| Total Carbohydrate 35g | 12% |
| Potassium 0mg | 0% |
| Dietary Fiber 0g | |
| Sugars 28g | |
| Protein 18g | 36% |

| | |
| --- | --- |
| Vitamin A 20% | Vitamin B 0% |
| Vitamin C 20% | Vitamin D 20% |
| Vitamin E 20% | Calcium 45% |
| Iron 4% | Riboflavin 0% |

Percent Daily Values are based on a 2,000 calorie diet.

Your daily values may be higher or lower depending on your calorie needs.

**Ingredients**

Lowfat yogurt (pasteurized milk, skim milk, whey protein concentrate, milk protein concentrate, live active yogurt cultures (acidophilus, bifidus, L. bulgaricus and S. thermopiles), enzymes, Vitamins A, C, D, E, Peach flavoring (sugar, peaches, water, modified corn starch, natural flavors, annatto).

EVERY MAJOR AWARD FOR TASTE | NATURALLY GLUTEN FREE | KEEP LOCAL FARMS .ORG

Visit us in BEAUTIFUL **VERMONT**

STORE FINDER

CABOT E-NEWSLETTER

**EXHIBIT B**

# Whey Proteins



## AGRI-MARK WHEY PROTEIN CONCENTRATE 80

Agri-Mark Whey Protein Concentrate 80 (WPC 80) is a homogeneous, free-flowing whey protein concentrate powder manufactured from fresh sweet whey and spray dried to 80% protein on a dry basis. It is used in infant formulas, sports nutrition, low carbohydrate diet formulas, yogurt, ice cream, sausage and meat products, and egg albumen replacer in bakery products. It provides an excellent source of undenatured dairy protein to a variety of processed and special dietary food formulations. Agri-Mark WPC 80 is light cream to cream in color with a bland and clean odor and flavor.

| Analytical Information | Specification | Typical |
|---|---|---|
| Protein (N * 6.38) dry basis | 80.0% minimum | >81.0% |
| Fat | 8.5% maximum | <5.5% |
| Ash | 4.5% maximum | <3.0% |
| Moisture | 6.0% maximum | <5.3% |
| Carbohydrates | | <10.0% |
| pH (10% solution) | 6.0 minimum | 6.3 |
| Scorched particles | 15.0 mg maximum | 7.5 mg |

*Whey Processing Control Room*

| Microbiological Information | | |
|---|---|---|
| Standard plate count | 30,000/g maximum | <500/g |
| Coliform | 30/g maximum | <10/g |
| Yeast | 50/g maximum | <30/g |
| Mold | 50/g maximum | <30/g |
| Salmonella (in 750 grams) | Negative | Negative |



*Niro Ultrafiltration Systems*

### Packaging and Storage Information
Available in 20 kg net weight Kraft paper bags with a polyethylene liner or 1000 pound (454 kg net) weight superbags. Dairy products are hygroscopic and will absorb odors. Storage in a cool, dry environment below 85°F (29°C) and below 65% relative humidity is recommended for maximum shelf life stability.

*The information contained herein is offered solely for informational purposes and is, to the best of our knowledge, correct. No warranties, expressed or implied, are made. Purchaser is solely responsible for ensuring that product supplied is in conformity with all relevant food legislation and should determine whether suggested data, formulations or procedures are suitable for their own purposes. It is recommended that product be laboratory evaluated prior to inclusion into other products. Any information provided should not be construed as permission for violation of patent and/or trademark rights.*

*The information contained herein is offered solely for informational purposes and is, to the best of our knowledge, correct. No warranties, expressed or implied, are made. Purchaser is solely responsible for ensuring that product supplied is in conformity with all relevant food legislation and should determine whether suggested data, formulations or procedures are suitable for their own purposes. It is recommended that product be laboratory evaluated prior to inclusion into other products. Any information provided should not be construed as permission for violation of patent and/or trademark rights.*

Agri-Mark, Inc.  •  phone: 608-783-9755  •  email: wheyproteins@agrimark.net



**EXHIBIT C**

# BURSOR & FISHER
P.A.

369 LEXINGTON AVENUE
10TH FLOOR
NEW YORK, NY 10017
www.bursor.com

SCOTT A. BURSOR
Tel: 212-989-9113
Fax: 212-989-9163
scott@bursor.com

July 10, 2012

*Via Certified Mail - Return Receipt Requested*

Cabot Creamery Cooperative, Inc.
1 Home Farm Way
Montpelier, VT  05602

Re:     *Notice Letter Pursuant to Fla. Stat. § 672.607.*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Cabot Creamery Cooperative, Inc. ("Cabot") pursuant to Fla. Stat. § 672.607(3)(a), on behalf of our client, Cynthia Long, and all other persons similarly situated.

This notice concerns Cabot Greek, which Cabot markets as "Greek-Style Yogurt." Packages of Cabot Greek are affixed with the label "LOWFAT YOGURT."  However, Cabot Greek contains Milk Protein Concentrate ("MPC"), which is prohibited by the Standards of Identity for yogurt products promulgated by the U.S. Food and Drug Administration ("FDA"). *See* 21 C.F.R. §§ 131.200, 131.203.  Therefore, Cabot Greek is not yogurt.

Ms. Long purchased Cabot Greek at a Publix supermarket store in Sunrise, Florida. Cabot expressly represented to her that Cabot Greek was yogurt.  Cabot breached that express warranty because Cabot Greek is not yogurt.  *See* Fla. Stat. § 672.313.

We hereby demand that Cabot immediately (1) cease and desist from continuing to label and sell Cabot Greek as "yogurt," (2) issue an immediate recall of any Cabot Greek product bearing false labels representing the product is yogurt; and (3) make full restitution to all purchasers of Cabot Greek of all purchase money obtained from sales thereof.

We also demand that Cabot preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1.      All documents concerning the ingredients, formula, and manufacturing process for Cabot Greek;

BURSOR&FISHER
P.A.

     2.     All communications with the FDA concerning Cabot Greek or MPC's;

     3.     All documents concerning the advertisement, marketing and/or sale of Cabot Greek; and

     4.     All communications with customers concerning complaints or comments concerning Cabot Greek.

If Cabot contends that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Very truly yours,

Scott A. Bursor
scott@bursor.com